**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT WAITE,

     Plaintiff,                             CASE NO.

v.

ACCOUNTS RECEIVABLES MANAGEMENT, INC.

     Defendant.
_____/

## COMPLAINT

     COMES NOW the Plaintiff, ROBERT WAITE ("Plaintiff"), by and through his attorney, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, ACCOUNTS RECEIVABLES MANAGEMENT, INC., alleges and affirmatively states as follows:

## INTRODUCTION

     1.     Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

     2.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

     3.     Plaintiff resides in the state of Florida and Defendant's main office is in the state of Florida and, therefore, personal jurisdiction is established.

     4.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

     5.     Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

**PARTIES**

6.      Plaintiff is a natural person who resides in the City Largo, Pinellas County, State of Florida.

7.       Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9.      Defendant is a business located in Colorado Springs, El Paso County, Colorado.

10.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11.     Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12.     Defendant calls Plaintiff and fails to disclose that the call is from a debt collector.

13.     Defendant calls Plaintiff and hangs up without leaving a voicemail message.

14.     Defendant calls Plaintiff and fails to provide meaningful disclosure of the caller's identity.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT,**
**(FDCPA), 15 U.S.C. § 1692 et seq.**

15.     Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

a)      Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

b)      Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without

meaningful disclosure of the caller's identity.

c)      Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff when Defendant did not intend to do so.

d)      Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by calling Plaintiff and hanging up without leaving a voicemail message.

e)      Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

**WHEREFORE**, ROBERT WAITE respectfully prays that judgment be entered against ACCOUNTS RECEIVABLES MANAGEMENT, INC., for the following:

16. Declaratory judgment that the Defendant's conduct violated the Fair Debt Collection Practices Act.

17. Actual damages.

18. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

19. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

20. Any other relief that this Honorable Court deems to be just and proper.

RESPECTFULLY SUBMITTED,


By: /s/ Matthew Kiverts
Matthew Kiverts
Florida Bar No. 0013143
Krohn & Moss, Ltd
120 W Madison St, 10th Floor
Chicago, IL 60602
Phone:  (312) 578-9428
Fax:     (866) 431-5576
Attorney for Plaintiff


## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ROBERT WAITE, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

     Plaintiff, ROBERT WAITE, says as follows:

1.    I am the Plaintiff in this civil proceeding.
2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, ROBERT WAITE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _10/1/09_          _Robert F. Waite_

                        ROBERT WAITE,
                        Plaintiff